```
 1  PINNOCK & WAKEFIELD                                    FILED
    Michelle L. Wakefield, Esq.   Bar #: 200424
 2  David C. Wakefield, Esq.      Bar #: 185736       2007 JAN -5 AM 10:58
    3033 Fifth Avenue, Suite 410
 3  San Diego, CA  92103                              CLERK US DISTRICT COURT
    Telephone: (619) 858-3671                       SOUTHERN DISTRICT OF CALIFORNIA
 4  Facsimile: (619) 858-3646
                                                    BY_____DEPUTY
 5  Attorneys for Plaintiffs

 6

 7                    UNITED STATES DISTRICT COURT

 8                   SOUTHERN DISTRICT OF CALIFORNIA

 9
    2150 SIGOURNEY JOSSIAH - FRANCIS
10  LEE ASSOCIATION, SUING ON BEHALF    Case No.: 06cv2143 BEN (POR)
    OF THEODORE A. PINNOCK AND ITS
11  MEMBERS; and THEODORE A. PINNOCK,   [PROPOSED] ORDER GRANTING
    An Individual,                      MOTION FOR VOLUNTARY DISMISSAL
12                                      AND DISMISSAL WITH PREJUDICE OF
                                        ALL DEFENDANTS AND PLAINTIFFS'
13                                      COMPLAINT.
                     Plaintiffs,
14
         v.
15
    A & P LOCKE CORPORATION d.b.a.      [Fed.R.Civ.P. Rule 41(a)(2)]
16  BRAKE DEPOT; HIBCHI, INC., d.b.a.
    ECONO LUBE & TUNE; ANN VARGHESE
17  BINDHU d.b.a. ECONO LUBE & TUNE;
    PAVANIS I, LLC; And DOES 1
18  THROUGH 10, Inclusive
19
                     Defendants.
20
21
22
23  ///
    ///
24  ///
    ///
25  ///
    ///
26  ///
    ///
27  ///
    ///
28  ///
```

Case Number: 06cv2143 BEN (POR)

**IT IS HEREBY ORDERED** that ALL DEFENDANTS are dismissed with prejudice from Plaintiffs' Complaint, Case Number: 06cv2143 BEN (POR). Additionally, Plaintiffs' Civil Complaint is dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: 1/05/07

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT COURT JUDGE

Case Number: 06cv2143 BEN (POR)